

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Doroteo Diaz GUERRERO,<br><br>　　　　　　Defendant. | Case No.: 20MJ2202<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 21 U.S.C. § 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

On or about June 6, 2020, within the Southern District of California, Doroteo Diaz GUERRERO, did knowingly and intentionally import 500 grams and more, to wit: approximately 23.90 kilograms (52.69 pounds), of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

### COUNT 2

On or about June 6, 2020, within the Southern District of California, Doroteo Diaz GUERRERO, did knowingly and intentionally import 400 grams and more, to wit: approximately 4.76 kilograms (10.49 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethly)-4-piperidinyl] propanamide (Fentanyl), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent Marina Griffin
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1. this 8th of June 2020.

_____
HON. Daniel E. Butcher
U.S. MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On June 6, 2020, at approximately 4:39 PM, Doroteo Diaz GUERRERO, ("GUERRERO"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro Port of Entry in vehicle lane #24(a). GUERRERO was the driver, sole occupant and owner of a 1998 Ford F-150 ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer ("CBPO") received a negative Customs declaration from GUERRERO. GUERRERO stated he was crossing the border to go to Chula Vista, California. The CBPO inspected the gas tank of the vehicle which "tapped solid". GUERRERO and the vehicle were escorted to secondary for further inspection.

A CBPO operating the Z-Portal X-Ray machine detected anomalies in the gas tank of the vehicle.

Further inspection of the vehicle resulted in the discovery of 56 total packages concealed in the gas tank of the vehicle. 48 of the packages contained a substance, a sample of which field tested positive for the characteristics of methamphetamine, with a total approximate weight of 23.90 kgs (52.69 pounds); 8 of the packages contained a substance, a sample of which field tested positive for the characteristics of fentanyl, with a total approximate weight of 4.76 kgs (10.49 pounds).

1

GUERRERO was charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance and issued a Notice to Appear.